IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Gardner, Patricia R | Case Number:  05 B 61186 |
| | Judge:  Hollis, Pamela S |
| Printed: 11/11/08 | Filed:  10/16/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: November 11, 2008
Confirmed: January 9, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 64,800.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 58,530.34 |
| Priority: | | 0.00 |
| Administrative: | | 2,694.00 |
| Trustee Fee: | | 3,575.66 |
| Other Funds: | | 0.00 |
| Totals: | 64,800.00 | 64,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,694.00 | 2,694.00 |
| 2. | Discover Financial Services | Unsecured | 4,768.23 | 5,430.19 |
| 3. | ECast Settlement Corp | Unsecured | 2,067.25 | 2,354.22 |
| 4. | FDS National Bank - Bloomingdales | Unsecured | 774.41 | 882.07 |
| 5. | Marshall Field & Company | Unsecured | 50.97 | 58.04 |
| 6. | World Financial Network Nat'l | Unsecured | 73.51 | 83.74 |
| 7. | Nordstrom | Unsecured | 171.12 | 194.88 |
| 8. | Capital One | Unsecured | 3,128.60 | 3,563.47 |
| 9. | RoundUp Funding LLC | Unsecured | 259.16 | 295.13 |
| 10. | Fifth Third Bank | Unsecured | 5,422.96 | 6,175.80 |
| 11. | Talbots | Unsecured | 50.72 | 57.76 |
| 12. | RoundUp Funding LLC | Unsecured | 123.18 | 140.30 |
| 13. | ECast Settlement Corp | Unsecured | 12,786.41 | 14,561.34 |
| 14. | ECast Settlement Corp | Unsecured | 136.74 | 155.74 |
| 15. | American Express Travel Relate | Unsecured | 1,793.17 | 2,042.16 |
| 16. | ECast Settlement Corp | Unsecured | 741.43 | 844.40 |
| 17. | ECast Settlement Corp | Unsecured | 280.25 | 319.18 |
| 18. | American Express Centurion | Unsecured | 4,712.37 | 5,366.56 |
| 19. | ECast Settlement Corp | Unsecured | 1,139.18 | 1,297.31 |
| 20. | Resurgent Capital Services | Unsecured | 4,238.16 | 4,826.51 |
| 21. | Resurgent Capital Services | Unsecured | 5,237.57 | 5,964.67 |
| 22. | Resurgent Capital Services | Unsecured | 64.69 | 73.68 |
| 23. | Kohl's/Kohl's Dept Stores | Unsecured | 44.48 | 50.66 |
| 24. | Resurgent Capital Services | Unsecured | 3,330.24 | 3,792.53 |
| 25. | New Century Mortgage | Secured | | No Claim Filed |
| 26. | Chase Manhattan | Secured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Gardner, Patricia R | Case Number: 05 B 61186 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 11/11/08 | Filed: 10/16/05 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Amex | Unsecured | | No Claim Filed |
| 28. | Capital One | Unsecured | | No Claim Filed |
| 29. | CB USA | Unsecured | | No Claim Filed |
| 30. | CB USA Sears | Unsecured | | No Claim Filed |
| 31. | GEMB | Unsecured | | No Claim Filed |
| 32. | Specialized Management Consultants | Unsecured | | No Claim Filed |
| 33. | J Jill | Unsecured | | No Claim Filed |
| 34. | Lew Magram Ltd | Unsecured | | No Claim Filed |
| 35. | Monterey Bay Clothing | Unsecured | | No Claim Filed |
| 36. | Newport News | Unsecured | | No Claim Filed |
| 37. | Home Depot | Unsecured | | No Claim Filed |
| 38. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| | | | $ 54,088.80 | $ 61,224.34 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 703.76 |
| 5% | 249.12 |
| 4.8% | 518.19 |
| 5.4% | 1,241.68 |
| 6.5% | 823.80 |
| 6.6% | 39.11 |
| | $ 3,575.66 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

